**BLUE SPRINGS BANK, Respondent,**

v.

**Dale BREWOOD, Appellant.**

**No. WD 46658.**

Missouri Court of Appeals,
Western District.

June 15, 1993.

**482**

William G. Cownie, William B. Collins, Lee's Summit, for appellant.

John S. Conner, Thomas A. Sheehan, Shughart Thomson & Kilroy, Kansas City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

### *ORDER*

PER CURIAM:

Appeal from judgment for money due on loans. Judgment affirmed. Rule 84.16(b).